**UNITED STATES DISTRICT COURT**
DISTRICT OF COLORADO
BYRON WHITE UNITED STATES COURTHOUSE
DENVER, COLORADO 80257

RICHARD P. MATSCH
SENIOR DISTRICT JUDGE

(303) 844-4627

August 13, 2007

The Honorable Ortie D. Smith
Chair, Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Smith:

I write in response to your letter of August 7, 2007.

In Part VII, page 4, lines 2-11 Column C was not completed because all of those items of income were from securities that are solely owned by my spouse and I have no knowledge of the value of those securities. My spouse had an investment portfolio before we were married ████. By premarital agreement, she has always maintained her own finances with a separate bank account, her own brokerage account, her own financial adviser and her own books and records. The only asset jointly owned is our residence.

We file a joint tax return and I understand that raises a presumption of knowledge of the sources of income that is reported. Our return is prepared by an accountant and each of us separately provides him with the necessary information and supporting papers. I am willing to sign the return in reliance on her honesty in reporting.

While I have asked ████ to tell me of any changes in the identity of the sources of her investment income to enable me to comply with the disqualification requirements of 28 U.S.C. § 455, I have not asked her for any other information because the extent of any financial interest is not relevant under that statute.

I have always respected the privacy and autonomy of my spouse. I would hope that continuing to do so by refraining from asking her to disclose the details of her finances to me to then be shared with the public by putting the values of her investments on this report will be seen as a reasonable interpretation of the mandate of 5 U.S.C. app. § 102(e)(1)(E).

As to the inquiry regarding "Hospira, Inc.", there was no income from it and I know nothing about it other than the name given to me

I understand that this letter is an amendment to my report and is releasable to members of the public.

Sincerely,

Richard P. Matsch

Enc

rpm/vw

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Matsch, Richard P | District Court, Denver, CO | 05/7/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Senior | ☐ Nomination,    Date <br> ☐ Initial    ☒ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court <br> 1823 Stout Street <br> Denver, CO 80257 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

DISCLOSURE OFFICE FINANCIAL
2007 MAY 21 A 11: 37
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matsch, Richard P | 05/7/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking Account, Wells Fargo Bank | A | Interest | K | T | | | | | |
| 2. Abbott Lab - common | D | Dividend | * | | | | | | |
| 3. IBM - common | A | Dividend | * | | | | | | |
| 4. Mellon Financial Corp - common | E | Dividend | * | | | | | | |
| 5. Merck - common | D | Dividend | * | | | | | | |
| 6. First Commonwealth Financial Corp. | C | Dividend | * | | | | | | |
| 7. 3-M (Minn. Mining & Mfg.) | C | Dividend | * | | | | | | |
| 8. Potomac Electric Power (Pepco Holdings) | B | Dividend | * | | | | | | |
| 9. Norfolk Southern Corp. | A | Dividend | * | | | | | | |
| 10. A.G. Edwards & Sons | B | Dividend | * | | | | | | |
| 11. Hospira, Inc. | – | – | * | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matsch, Richard P | 05/7/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

*I have disclosed in this report the information which was given to me for purposes of ▮▮▮ income tax return with my ▮▮▮ and for compliance with 28 U.S.C. Section 455. With the exception of my checking account, all of the property which is the source of the income disclosed on this report is the sole interest and responsibility of my ▮▮▮ and does not in any way derive from my income, assets, or activities, and I do not derive any benefit from these items except for the sharing of household expenses and the benefit of a ▮▮▮ tax return. I have no knowledge of the values of these assets. Transactions by my ▮▮▮ for herself in purchase or sale of securities have not been included except for sales which are involved in our ▮▮▮ tax return.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

Date___May 7 2007

NOTE: ANY I_____LS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMIN_____

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544